FILED US District Court-UT
MAY 20 '26 AM 10:22

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
MARK E. WOOLF, Assistant United States Attorney (WA #39399)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA HOLLADAY and PRESTON SIMASINGH,<br><br>Defendants. | INDICTMENT<br><br>COUNT 1: 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to Distribute Methamphetamine<br><br>COUNT 2: 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to Distribute Cocaine<br><br>COUNT 3: 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to Distribute Heroin<br><br>COUNT 4: 18 U.S.C § 1956(a)(1)(A)(i), Promotional Money Laundering<br><br>Case: 2:26-cr-00178<br>Assigned To : Campbell, Tena<br>Assign. Date : 5/19/2026 |

The Grand Jury Charges:

### COUNT 1
### 21 U.S.C. §§ 841(a)(1) & 846
### (Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown, but not later than March 1, 2025, and continuing to on or about August 20, 2025, in the District of Utah and elsewhere,

**SAMANTHA HOLLADAY, and
PRESTON SIMASINGH,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and

agree with others known and unknown to distribute 50 grams or more of a mixture or

substance containing a detectable amount of Methamphetamine, a Schedule II Controlled

Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 2
### 21 U.S.C. §§ 841(a)(1) & 846
### (Conspiracy to Distribute Cocaine)

Beginning on a date unknown, but not later than March 1, 2025, and continuing to

on or about August 20, 2025, in the District of Utah and elsewhere,

**SAMANTHA HOLLADAY, and
PRESTON SIMASINGH,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and

agree with others known and unknown to distribute Cocaine, a Schedule II Controlled

Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

2

## COUNT 3
## 21 U.S.C. §§ 841(a)(1) & 846
## (Conspiracy to Distribute Heroin)

Beginning on a date unknown, but not later than March 1, 2025, and continuing to on or about August 20, 2025, in the District of Utah and elsewhere,

## SAMANTHA HOLLADAY, and
## PRESTON SIMASINGH,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute Heroin, a Schedule I Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 4
## 18 U.S.C. § 1956(a)(1)(A)(i)
## (Promotional Money Laundering)

On or about April 23, 2025, in the District of Utah, and elsewhere,

## SAMANTHA HOLLADAY,

defendant herein, conducted and attempted to conduct the following financial transaction knowing the property involved in the transaction represented the proceeds of some form of specified unlawful activity, that is, Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of a specified unlawful activity: $4,000 transfer from Mountain America Credit Union Account ("MACU") ending in xx7725 to MACU account ending in xx2807.

3

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. §§ 841 and 846, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any offense in violation of 18 U.S.C. § 1956, the defendants shall forfeit to the United States of America any property, real or personal, involved in such violations, and any property traceable to such property.

The property to be forfeited includes, but is not limited to:

- Real property at 6922 S. Temple Dr., West Jordan, Utah.

- Mobile home located on real property at 6922 S. Temple Dr., West Jordan, Utah.

- 2023 Nissan Altima, VIN 1N4BL4CV0PN305192.

- 2023 Nissan Altima, VIN 1N4BL4CW6PN338822.

4

The United States may seek a forfeiture money judgment and may seek to forfeit substitute assets as allowed by 21 U.S.C. § 853(p).

A TRUE BILL:

_____|S|_____
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

_____Mark E. Woolf_____
MARK E. WOOLF
Assistant United States Attorney

5